```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 19375
   MARK D REINHOLTZ
   LISA A REINHOLTZ                       CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-3746   SSN XXX-XX-3761
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/13/05 and confirmed on 08/04/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $ 41816.16 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 534.77 | .00 | 127.29 |
| BECKET & LEE LLP | UNSECURED | 3568.21 | .00 | 849.30 |
| BECKET & LEE LLP | UNSECURED | 15150.68 | .00 | 3606.15 |
| ASPIRE VISA | UNSECURED | 3497.84 | .00 | 832.55 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8394.54 | .00 | 1998.06 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8892.14 | .00 | 2116.50 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 17655.79 | .00 | 4202.42 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 17327.18 | .00 | 4124.20 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 13365.65 | .00 | 3181.28 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8068.81 | .00 | 1920.53 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 12956.66 | .00 | 3083.93 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8458.24 | .00 | 2013.22 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DIRECT MERCHANTS BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9836.86 | .00 | 2341.36 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7454.78 | .00 | 1774.38 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4778.03 | .00 | 1137.26 |
| J C PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 497.85 | .00 | 118.50 |
| ECAST SETTLEMENT CORP | UNSECURED | 2172.07 | .00 | 516.99 |

```
RESURGENT CAPITAL SERVIC   UNSECURED       9431.47           .00        2244.87
RESURGENT CAPITAL SERVIC   UNSECURED       3847.88           .00         915.87
US BANK                    UNSECURED      NOT FILED          .00            .00
WELLS FARGO FINANCIAL IN   UNSECURED       1956.50           .00         465.68
WELLS FARGO FINANCIAL IN   UNSECURED        595.32           .00         141.70
SMC                        UNSECURED       1375.72           .00         327.45
     Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00           .00    159816.99         .00    159816.99
PRINCIPAL PAID          .00           .00     38039.49         .00     38039.49
INTEREST PAID           .00           .00          .00         .00          .00
TOTAL PAID              .00           .00     38039.49         .00     38039.49
```

The Debtor's attorney, JOHN C DENT                  , was allowed $   2700.00
and was paid $    700.00  direct and $   2000.00   through the plan.

The Trustee received $   1776.67 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 08/19/08                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 05 B 19375 MARK D REINHOLTZ & LISA A REINHOLTZ